LEON ADELMAN v. CITY OF ATLANTIC CITY.

March 26, 1974. Petition for certification denied.

ACIS ENTERPRISES, INC. v. FRANK FRISCIA.

March 26, 1974. Petition for certification denied.

MICHAEL GRASSO, *ET ALS.* v. JOHN DEITER.

March 26, 1974. Petition for certification granted. (See 126 *N. J. Super.* 365).

EARL PRICKETT v. MATILDA ALLARD.

March 26, 1974. Petition for certification granted. (See 126 *N. J. Super.* 438).

STATE OF NEW JERSEY v. CEPHUS McGAHEE.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LEO JAMES BROWN.

March 26, 1974. Petition for certification denied.